AO91 (Rev. 12/03)  Criminal Complaint                                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                          **CRIMINAL COMPLAINT**
                vs.
                                                    Case Number: 1:18-po-1361
Darwin Alexis BRAVO-De Leon
A215 582 492  Guatemala

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  May 31, 2018  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on May 31, 2018. The defendant is a citizen of Guatemala who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on May 31, 2018 thus avoiding immigration inspection.

Defendant had $150.00 Guatemalan Quetzal in his possession at time of arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Rodriguez, Julio M.  Border Patrol Agent
Signature of Complainant

Rodriguez, Julio M.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 01, 2018                                          at       Brownsville, Texas
Date                                                           City/State

Ronald Morgan              U.S. Magistrate Judge
Name of Judge              Title of Judge                        Signature of Judge